STATE OF NEW JERSEY v. RICHARD BIEGENWALD.

April 6, 1984.

Certification to the Superior Court, Law Division granted.

STATE OF NEW JERSEY v. MARKO BEY.

April 6, 1984.

Certification to the Superior Court, Law Division granted.

GEORGE HARMS CONSTRUCTION CO., INC. v. NJ TRANSIT.

April 6, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES CHANDLER.

April 10, 1984.

Petition for certification denied.